## Campbell County Bank, v. Schmitt, et al.

Appeal from Campbell Circuit Court.

RESPONSE TO PETITION FOR REHEARING BY CHIEF JUSTICE HOBSON.

The second paragraph of the reply does not show that the note originated in a gambling transaction, and the demurrer to it is overruled on that ground. If it shall appear that the note originated in a gambling transaction the question suggested by counsel will then be presented. This question is not now determined.

The renewal of the note by the same parties does not purge it of infirmity. (Pace v. Martin, 63 Ky., 522.)

Petition overruled.